UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY KOMER,

           Plaintiff,

vs.

CORIZON HEALTH, INC.,

           Defendant.

CASE NO. _____

_____

## NOTICE OF REMOVAL

Defendant, Corizon Health, Inc. ("Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the Fifth Judicial Circuit, in and for Hernando County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida. The removal of this action is based upon the following:

1. Plaintiff, Mary Komer, filed a civil action in the Circuit Court of the Fifth Judicial Circuit, in and for Hernando County, Florida, entitled *Mary Komer v. Corizon Health, Inc.,* Case No. 2018-CA-889 (hereinafter referred to as the "Circuit Court Action"). True and correct copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the Circuit Court Action are attached hereto as Composite **Exhibit "A**."

2. The Complaint asserts claims that Plaintiff's rights under the Family and Medical Leave Act ("FMLA") were interfered with and that Plaintiff experienced retaliation in violation of the FMLA. Thus, this action is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331.

3. The Complaint also alleges that Plaintiff was discriminated and retaliated against based upon her alleged disability and alleged complaints of discrimination, in violation of the Florida Civil Rights Act, Florida Statutes Chapter 760 based upon much of the same factual allegations as are related to her federal claims. Pursuant to 28 U.S.C. § 1367(a), the U.S. District Court has supplemental jurisdiction over Plaintiff's state law claims as those are related to the federal claims that they form part of the same case or controversy.

4. On or around August 6, 2018, a copy of the Circuit Court Action was served upon Defendant through its registered agent. This constitutes Defendant's first legal notice of the Circuit Court Action for purposes of removal.

5. Thus, this Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), within thirty (30) days from the date on which Defendant received notice of the Circuit Court Action.

6. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7. The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Tampa Division. *See* 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant provided written Notice of the Removal to the Plaintiff in this action and has filed a copy of this Notice of Removal in the Circuit Court of the Fifth Judicial Circuit, in and for Hernando County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit "B."**

- 2 -

**WHEREFORE**, Defendant respectfully requests that this action now pending in the Circuit Court of the Fifth Judicial Circuit, in and for Hernando County, Florida be removed to this Court.

DATED this 27th day of August, 2018.           Respectfully submitted,

By:   _/s/ L. Traywick Duffie_
          L. Traywick Duffie, FL Bar 197123
          tduffie@littler.com
          Blaze R. Knott, FL Bar 113268
          bknott@littler.com
          LITTLER MENDELSON, P.C.
          3344 Peachtree Road N.E.
          Suite 1500
          Atlanta, GA  30326.4803
          Telephone:   404.233.0330
          Facsimile:    404.233.2361

Attorneys for Defendant
Corizon Health, Inc.

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2018, I sent via overnight delivery to the Clerk of Court for filing and uploading to the CM/ECF system.  I further certify that I served the foregoing document via e-mail and first-class mail to Plaintiff's counsel of record as follows:

James M. Thompson, Esq.
Thompson Legal Center, LLC
777 S. Harbour Island Blvd
Suite 245
Tampa, Florida 33602
*jmthompsonlegal@gmail.com*

*/s/ L. Traywick Duffie*
L. Traywick Duffie
Counsel for Defendant